# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANDARK KASSAB, individually, and as a trustee of the Kassab Family 2014 Trust, and All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>v.<br><br>MUFG UNION BANK, N.A.,<br><br>                     Defendant. | Case No.: 3:20-cv-02422-WQH-BGS<br><br>**ORDER** |

HAYES, Judge:

    Having reviewed the parties' Joint Motion for Dismissal with Prejudice (ECF No. 64),

    IT IS HEREBY ORDERED that the above-titled action is dismissed with prejudice. Each party waives and is not entitled to recover her/its costs of suit. The Clerk of the Court shall close the case.

Dated: June 9, 2022

                                                       */s/ William Q. Hayes*<br>
                                                      Hon. William Q. Hayes<br>
                                                      United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28